IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JEFFREY T. BOWSHIER,[1] | : | |
| Petitioner, | : | Case No. 3:11cv00302 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| WARDEN, Chillicothe<br>Correctional Institution, | : | |
| | : | |
| Respondent. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on January 7, 2014 (Doc. #7) is ADOPTED in full;

2. Jeffrey T. Bowshier's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED and DISMISSED;

3. Petitioner is denied leave to appeal *in forma pauperis* and any requested certificate of appealability; and,

---

[1] State records indicate that Petitioner's last name is spelled "Bowshier," which is slightly different than the spelling in his habeas Petitioner. *E.g.*, Doc. #1, PageID at 18-51. Despite this, there is no issue that both this case and the state records submitted by Respondent concern Petitioner Jeffrey T. Bowshier.

    4.   This case is terminated on the docket of this Court.

January 28, 2014                                   **\*s/THOMAS M. ROSE**

                                                            _____
                                                              Thomas M. Rose
                                                       United States District Judge